IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY JOE BOOKER, ID # 2063734, | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:17-CV-3427-N (BH) |
| | ) | |
| LORIE DAVIS, Director, | ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions | ) | |
| Division, | ) | |
| Respondent. | ) | |

**ORDER OF THE COURT ON RECOMMENDATION REGARDING
REQUEST TO PROCEED IN FORMA PAUPERIS AND
TO USE ORIGINAL RECORD ON APPEAL**

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( )     The application for leave to proceed *in forma pauperis* on appeal is GRANTED.

(**X**)     The application for leave to proceed *in forma pauperis* in the interlocutory appeal is **DENIED** because the Court certifies pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith and that the appeal presents no legal points of arguable merit and is therefore frivolous.

       (**X**)     Although this court has certified that the appeal is not taken in good faith under 28 U.S. C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the petitioner may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

( )     The request to use on appeal, the records originally filed in this Court, is GRANTED

(**X**)     The request to use on appeal, the records originally filed in this Court, is **DENIED** because that is a matter for the U. S. Court of Appeals for the Fifth Circuit.

The Clerk's Office is **DIRECTED** to forward the motion for leave to proceed *in forma*

1

*pauperis* (doc. 29) to the Fifth Circuit.

**DATE: December 21, 2018**

**UNITED STATES DISTRICT JUDGE**